**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **DANA LIMITED,** | ) | |
| **as fiduciary to the Dana** | ) | Case No. 3:09CV386 |
| **Corporation Pension Trust, et. al.,** | ) | |
| | ) | Judge James G. Carr |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **PROVIDENT INVESTMENT** | ) | |
| **COUNSEL, INC., et al.** | ) | |
| | ) | |
| Defendants. | ) | |

_____

**NOTICE OF VOLUNTARY DISMISSAL**
_____

Plaintiffs give notice of voluntary dismissal of this action, with prejudice, under Fed. Civ. R. 41(a) (1)(A). Each party shall bear its own costs.

    s/ Cary Rodman Cooper
Cary Rodman Cooper (0013062)
Jacqueline M. Boney (0013050)
COOPER & WALINSKI, L.P.A.
900 Adams Street
Toledo, OH 43604
Phone: (419) 241-1200
Fax:   (419) 242-9606
E-Mail:  cooper@cooperwalinski.com
E-Mail:  boney@cooperwalinski.com
Counsel for All Plaintiffs

Motion granted.
So Ordered.

S/ James G. Carr
Chief Judge

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **Notice of Voluntary Dismissal** was served by electronic filing upon all counsel of record this 12th day of November, 2009.

                                       s/ Cary R. Cooper
                                       Cary Rodman Cooper (0013062)
                                       Jacqueline M. Boney (0013050)
                                       COOPER & WALINSKI, L.P.A.
                                       900 Adams Street
                                       Toledo, OH 43604
                                       Phone: (419) 241-1200
                                       Fax:   (419) 242-9606
                                       E-Mail:   cooper@cooperwalinski.com
                                       E-Mail:   boney@cooperwalinski.com
                                       Counsel for All Plaintiffs